**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. H-13-711 |
| v. § | |
| § | |
| LUIZA ABAZOVA, A.K.A. § | |
| AMEENA ABAZOVA, § | |
| § | |
| DEFENDANT § | |

**UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through its United States Attorney, Kenneth Magidson, for the Southern District of Teaxas, and Carolyn Ferko, Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government respectfully requests that the Indictment in the above-numbered cause be dismissed as to defendant Luiza Abazova, a.k.a. Ameena Abazova, and this motion is filed pursuant to Rule 48(a), Federal Rule of Criminal Procedure and in furtherance of the interests of justice.

WHEREFORE, premises considered, the Government prays that this Motion to Dismiss the Indictment numbered H-13-711 against defendant, Luiza Abazova, a.k.a. Ameena Abazova in all things be Granted.

Respectfully submitted,

KENNETH MAGIDSON
United States Attorney

*/s/ Carolyn Ferko*

                CAROLYN FERKO
                Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Government's Motion to Dismiss Indictment on this the   3rd   day of January, 2014 was filed by ECF and served on defendants' counsel.

                                            Respectfully submitted,

                                            KENNETH MAGIDSON
                                            United States Attorney

                                            */s/ Carolyn Ferko*
                                            CAROLYN FERKO
                                            Assistant United States Attorney